GARY M. RESTAINO
United States Attorney
District of Arizona
7102 E. 30th Street, Suite 101
Yuma, Arizona 85365
Telephone: 928-314-6410
Attorneys for Plaintiff

☒ FILED  ☐ LODGED

**Jan 24 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>      v.<br><br>Victoria Roman-Braulio          ,<br><br>           Defendant. | CR-25-00106-PHX-JFM<br><br>Case No. 2:25-01128M-001<br><br>**INFORMATION**<br><br>VIO: 8 U.S.C. § 1326(a)<br>      (Reentry of Removed Alien)<br>      Count 1<br><br>8 U.S.C. § 1325(a)(1)<br>(Improper Entry by Alien)<br>Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

### Count 1

On or about the date alleged in Count 1 of the Complaint, the defendant, Victoria Roman-Braulio          , an alien, was found in the United States within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a), a Class E felony.

### Count 2

On or about the date alleged in Count 2 of the Complaint, the defendant, Victoria Roman-Braulio          , an alien, knowingly and voluntarily entered the

United States at a location within the District of Arizona, at a time and place other than as designated by immigration officials of the United States.

In violation of Title 8, United States Code, Section 1325(a)(1), a Class B misdemeanor.

Dated this 24 day of Jan., 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

_____
Assistant U.S. Attorney